IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **WEIS MARKETS, INC.**, <br><br> Defendant. | Case No. 1:23-CV-01767-YK <br><br> Hon. Yvette Kane |

## DECLARATION OF RONALD L. PHILLIPS IN SUPPORT OF GREGORY A. MURRAY'S PETITION FOR SPECIAL ADMISSION

I, Ronald L. Phillips, hereby declare as follows in support of Gregory A. Murray's Petition for Special Admission to appear and practice in this Court in the above-captioned case as counsel for Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") pursuant to L.R. 83.8.2.2 and L.R. 83.8.2.5:

1. I am an Assistant Regional Attorney employed by EEOC.

2. In my capacity as an Assistant Regional Attorney, I serve as the direct supervisor of EEOC Senior Trial Attorney Gregory A. Murray, who is assigned to the Legal Unit of EEOC's Philadelphia District Office (Pittsburgh Area Office), which is a component of EEOC's Office of General Counsel.

3. As an EEOC Senior Trial Attorney, Mr. Murray's duties include representing the agency in its civil enforcement actions.

4. Mr. Murray has been assigned by EEOC to serve as counsel of record in the above-styled and numbered action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/25/2023

RONALD L. PHILLIPS
ASSISTANT REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION