# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF PENNSYLVANIA

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
*Plaintiff*

v.

WEIS MARKETS, INC.
*Defendant*

Civil Action No.: **1:23−CV−01767−YK**
Hon. Yvette Kane

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    SEE COMPLAINT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Delaney E. Anderson
    EEOC− Pittsburgh Area Office
    William S. Moorhead Federal Building
    1000 Liberty Avenue
    Suite 1112
    Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**PETER J. WELSH**
*CLERK OF COURT*

**s/ − Ed Petroski**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON** 2023−10−25 15:17:30, Clerk USDC MDPA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-01767-YK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Weis Markets, Inc. c/o CT Corporation
was received by me on *(date)* 10/26/2023 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Stafoni Murphy, Intake Specialist CT Corp., 600 North 2nd St., Ste. 401, Harrisburg, PA 17101 , who is designated by law to accept service of process on behalf of *(name of organization)*
Weis Markets, Inc. c/o CT Corporation  on *(date)* 10/26/2023 1:38 PM ; or

☐ I returned the summons unexecuted because _____ ; or

Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/26/2023

*Server's signature:* Mary Kerns

Mary Kerns, Process Server
*Printed name and title*

67934

5235 N. Front Street, Harrisburg, PA 17110
*Server's address*

Additional information regarding attempted service, etc:
Stafoni Murphy Gender: Female  Race/Skin: White  Age: 35 yrs. old  Weight: 150 lb.  Height: 5'9"  Hair: Black  Glasses: No  Other:

Documents Served: Attorney Letter, Summons in a Civil Action, Complaint and Jury Trial Demand