IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission, | ) <br> ) <br> ) <br> ) <br> ) |
| **Plaintiff(s),** | ) |
| v. | ) |
| Weis Markets, Inc., | ) Civil Action No. 1:23-cv-01767-YK <br> ) <br> ) |
| **Defendant(s)/ Third-Party Plaintiff(s),** | ) |
| v. | ) |
| | ) <br> ) <br> ) |
| **Third-Party Defendant(s).** | ) <br> ) |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant,
(type of party)
who is Weis Markets, Inc. , makes the following disclosure:
(name of party)

Page 1 of 2

1. Is the party a non-governmental corporate party?

   ☑ YES   ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

   Defendant does not have a parent company.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

   No publicly held corporation owns ten percent (10%) or more of Defendant's stock.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Danielle M. Parks
Signature of Counsel for Party

Date: 11/16/2023